**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **MAGNACROSS LLC,**<br>　　　　　　Plaintiff,<br>v.<br>**CELLCO PARTNERSHIP D/B/A**<br>**VERIZON WIRELESS**,<br>　　　　　　Defendant. | CASE NO. 2:15-cv-844-JRG-RSP<br>(LEAD CASE) (CONSOLIDATED) |

**ORDER**

The Joint Motion to Dismiss BLU Products, Inc. Without Prejudice requesting the dismissal of all claims asserted between Plaintiff Magnacross LLC and Defendant BLU Products, Inc., without prejudice is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Magnacross LLC and Defendant BLU Products, Inc., are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**SIGNED this 9th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE